UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

      - v. -

UNITED STATES OF AMERICA

      - v. -

KEITH VEREEN, and
STEVEN PEREZ,
    a/k/a "Lucha,"

              Defendants.
- - - - - - - - - - - - - - - - - - X

**UNSEALING ORDER**

22 Cr. 644

Upon the application of the United States, by United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Ashley C. Nicolas;

It is found that Indictment 22 Cr. 644 (the "Indictment") is currently sealed and the United States Attorney's Office has applied to have the Indictment unsealed, it is therefore

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated: New York, New York
      December 6, 2022

HONORABLE VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE