**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------x
                                        :
UNITED STATES OF AMERICA                :
                                        :
        -against-                       :            ORDER
                                        :
                                        :
                                        :        _____
                                        :          Docket #
----------------------------------------x
```

_____, **DISTRICT JUDGE**:
     Judge's Name

The C.J.A. attorney assigned to receive cases on this day,

_____ is hereby ordered to assume

representation of the defendant in the above captioned

matter, NUNC-PRO-TUNC _____.

**SO ORDERED**.

*Jed S. Rakoff*
_____
**UNITED STATES DISTRICT JUDGE**

**Dated:   New York, New York**