UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ECF CASE**

UNITED STATES OF AMERICA

v.

STEVEN PEREZ,
      a/k/a "Lucha"

Defendant.

)
)
)
)
)
)
)
)
)
)
)

**NOTICE OF APPEARANCE AND REQUEST
FOR ELECTRONIC NOTIFICATION
S1 22 Cr. 644 (JSR)**

TO:    Clerk of Court
        United States District Court
        Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney for the
        Southern District of New York

by:   _____
        Sarah Mortazavi
        Assistant United States Attorney
        (212) 637-2520
        sarah.mortazavi@usdoj.gov